|  |  |  |
|---|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION | : : : : : : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 07-5619 (SDW)<br><br>ORDER |

**THIS MATTER** having been opened to the Court by the Motion of Defendants Virgin Mobile USA, Inc., Daniel H. Schulman, Jonathan Marchbank, John D. Feehan, Jr., Frances Brandon-Farrow, Douglas B. Lynn, Mark Poole, Robert Samuelson, L. Kevin Cox, Thomas O. Ryder, Kenneth T. Stevens, Sprint Nextel Corp., Corvina Holdings Limited, Lehman Brothers, Merrill Lynch, Pierce, Fenner & Smith, Inc., Bear, Stearns & Co., Inc., Raymond James & Associates, Inc. And Thomas Weisel Partners, LLC ("Defendants") to Stay Proceedings Pending a Ruling on Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation ("Panel") (Dkt. Entry No. 12 and any response thereto); the Court having considered the parties' arguments and for good cause shown; and in light of the MDL's order, attached hereto.

**IT IS** on this 30th day of April, 2008,

**ORDERED** that Defendants' Motion to Stay is DENIED AS MOOT.


*s/Madeline Cox Arleo*
Hon. Madeline Cox Arleo, U.S.M.J.

Original:   Clerk
cc:   Hon. Susan D. Wigenton, U.S.D.J.
  File