**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100

*Counsel for Defendants Virgin Mobile USA,
Daniel H. Schulman, John D. Feehan, Jr.,
Frances Brandon-Farrow, Mark Poole, Robert
Samuelson and Corvina Holdings Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION | ) Lead Case No. 07-cv-05619-SDW-MCA<br>)<br>) (Securities Class Action)<br>)<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)   **ORDER**<br>)<br>)<br>)<br>) |

**THIS MATTER** having been opened to the Court by the Motion of Defendants Virgin Mobile USA, Inc., Daniel H. Schulman, John D. Feehan, Jr., Frances Brandon-Farrow, Mark Poole, Robert Samuelson and Corvina Holdings Limited (the "Moving Defendants") to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted [DENIED], and any response thereto; and the Court having considered the papers submitted and the parties' arguments; and good cause thereby appearing,

IT IS on this _9th_ day of _March_, 2009,

**ORDERED** that Moving Defendants' Motion to Dismiss ~~the Amended Complaint~~ pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is ~~GRANTED~~ *DENIED*[*]; and

**IT IS ~~FURTHER ORDERED that the Amended Complaint is hereby dismissed with prejudice~~**; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record within seven (7) days of receipt.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

[*] For the reasons set forth on the record on March 9, 2009.

SDW