# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION | Civil Action No. 07-5619 (SDW)<br><br>**[PROPOSED] ORDER** |

WHEREAS, the Court held an in-person discovery status conference on April 20, 2010, and the Court having considered the requests submitted by the Parties and the arguments of counsel;

**IT IS HEREBY ORDERED**, this ____ day of _____, 2010, as follows:

1. The Court GRANTS the Parties' stipulated request for a 60-day extension of the case schedule as follows:

   - Fact class discovery is to remain open through August 1, 2010. After class certification motions are decided, the Court will reopen discovery to allow the parties to finish any outstanding discovery which may not have been completed during the aforementioned time period.

   - All affirmative class expert reports shall be delivered by August 30, 2010, with depositions of those experts to be taken and completed by September 20, 2010; and

   - All responding class expert reports shall be delivered by October 29, 2010, with depositions of those experts to be taken and completed by November 19, 2010.

   - Dispositive motions shall not be filed until ninety (90) days after the close of all Discovery. Failure to file dispositive motions within that time frame shall result in their dismissal as untimely.

   - The parties reserve the right to request, and the Court may consider, additional extensions of the case schedule for good cause shown.

2. The Court GRANTS the Parties' stipulated request to extend the deadline to respond and object to contention interrogatories to June 15, 2010.

3. On or before April 30, 2010, the Underwriter Defendants will produce responsive, nonprivileged documents from the files of Lehman Brothers, Inc. ("Lehman") that have been provided to the Underwriter Defendants' counsel by Lehman's bankruptcy counsel, Hughes Hubbard & Reed LLP.

4. On or before May 21, 2010, Defendants will produce all supplemental privilege logs and any additional nonprivileged documents (or portions thereof) that are responsive to document requests as to which Defendants have agreed to produce documents and from the files of the custodians that have been agreed upon to-date, subject to the right to request additional reasonable extensions for good cause shown.

5. The Court GRANTS Lead Plaintiffs' request to withdraw Michael Volpe from the Lead Plaintiff group.

**SO ORDERED.**

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE

* : ( On person status
On June 30, 2010 at
11:00 am