**DRINKER BIDDLE & REATH LLP**
James M. Altieri
500 Campus Drive
Florham Park, NJ 07932-1047

**SIMPSON THACHER & BARTLETT LLP**
Michael J. Chepiga
James Gamble, *pro hac vice*
Linda H. Martin, *pro hac vice*
Linton Mann III, *pro hac vice*
425 Lexington Avenue
New York, NY 10017

*Counsel for Defendants Virgin Mobile USA, Inc., Daniel H. Schulman, John D. Feehan, Jr., Frances Brandon-Farrow, Mark Poole, Robert Samuelson and Corvina Holdings Limited*

**SILLS CUMMIS & GROSS, P.C.**
Jeffrey J. Greenbaum
One Riverfront Plaza
Newark, NJ 07102-5400

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Robert E. Zimet, *pro hac vice*
Susan L. Saltzstein, *pro hac vice*
William J. O'Brien, *pro hac vice*
Benjamin Edwards, *pro hac vice*

*Counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., Bear, Stearns & Co. Inc., Raymond James & Associates, Inc., and Thomas Weisel Partners LLC*

**LOWENSTEIN SANDLER PC**
Alison Price Corbin
65 Livingston Avenue
Roseland, NJ 07068

**JONES DAY**
Robert C. Micheletto, *pro hac vice*
Bronson J. Bigelow, *pro hac vice*
222 East 41st Street

New York, NY 10017
*Counsel for Defendants Sprint Nextel Corp.
and Douglas B. Lynn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION | Civil Action No. 07-5619 (SDW) <br><br> Document Electronically Filed |

**DEFENDANTS' STATEMENT REGARDING LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT OF LEAD PLAINTIFFS' COSTS**

Defendants Virgin Mobile USA, Inc., Daniel H. Schulman, John D. Feehan, Jr., Frances Brandon-Farrow, Mark Poole, Robert Samuelson, Corvina Holdings Limited, Douglas B. Lynn, Sprint Nextel Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Bear, Stearns & Co., Inc., Raymond James & Associates, Inc., and Thomas Weisel Partners LLC (collectively, the "Defendants") respectfully submit this statement regarding Lead Plaintiffs' Memoranda of Law in Support of Final Approval of the Settlement and Plan of Allocation, and an Award of Attorneys' Fees and Expenses and Reimbursement of Lead Plaintiffs' Costs ("Plaintiffs' Motions"). All capitalized terms contained herein shall have the same meanings ascribed to

them in the Stipulation of Settlement, dated July 23, 2010 ("Stipulation"), unless otherwise defined herein.

As of November 5, 2010, Defendants have been made aware of only one putative Class Member requesting exclusion from the Class, whose exclusion request indicates that he allegedly purchased, *inter alia*, 500 shares of Virgin Mobile stock outside the Class Period.  As of November 5, 2010, Defendants are not aware that any Class Member has objected to the Settlement.

Throughout the litigation, Defendants have disagreed with Lead Plaintiffs regarding a number of legal and factual issues as to Lead Plaintiffs' alleged claims and Defendants have denied and continue to deny all claims and contentions alleged by Lead Plaintiffs in the litigation, including as may be reflected in Plaintiffs' Motions.  Nonetheless, Defendants support the request for final approval of the Settlement and respectfully submit that the Court should approve the Settlement as fair and reasonable and enter a final Judgment and order approving the Settlement as fair and reasonable.  Defendants take no position with respect to an application by Lead Plaintiffs for an award of attorneys' fees and expenses or for the time, cost and expenses of Lead Plaintiffs, to the extent those applications comply with paragraphs 6.1 and 6.3 of the Stipulation.

Dated: November 5, 2010

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

  /s/  James M. Altieri
James M. Altieri
500 Campus Drive
Florham Park, NJ 07932-1047
(973) 360-1100

James.Altieri@dbr.com

**SIMPSON THACHER & BARTLETT LLP**
Michael J. Chepiga
James Gamble, *pro hac vice*
Linda H. Martin, *pro hac vice*
Linton Mann III, *pro hac vice*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
mchepiga@stblaw.com
jgamble@stblaw.com
lmartin@stblaw.com
adunogue@stblaw.com
lmann@stblaw.com

*Counsel for Defendants Virgin Mobile USA, Inc., Daniel H. Schulman, John D. Feehan, Jr., Frances Brandon-Farrow, Mark Poole, Robert Samuelson, and Corvina Holdings Limited*

Dated: November 5, 2010

**SILLS CUMMIS & GROSS, P.C.**

  /s/  Jeffrey J. Greenbaum
Jeffrey J. Greenbaum
One Riverfront Plaza
Newark, NJ 07102-5400
Tel: 973-643-7000
jgreenbaum@sillscummis.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Robert E. Zimet, *pro hac vice*
Susan L. Saltzstein, *pro hac vice*
William J. O'Brien, *pro hac vice*
Benjamin Edwards, *pro hac vice*
Four Times Square
New York, NY 10036-6522
Tel: 212-735-3000
robert.zimet@skadden.com
susan.saltzstein@skadden.com
william.obrien@skadden.com
benjamin.edwards@skadden.com

3

*Counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc., Bear, Stearns & Co., Inc., Raymond James & Associates, Inc., and Thomas Weisel Partners LLC*

Dated: November 5, 2010

**LOWENSTEIN SANDLER PC**

  /s/  Alison Price Corbin
Alison Price Corbin
65 Livingston Avenue
Roseland, NJ 07068
Tel: 973-597-2422
acorbin@lowenstein.com

**JONES DAY**
Robert C. Micheletto, *pro hac vice*
Bronson J. Bigelow, *pro hac vice*
222 E. 41st Street
New York, NY 10017
Tel:  (212) 326-3939
rmicheletto@jonesday.com
bjbigelow@jonesday.com

*Counsel for Defendants Sprint Nextel Corp. and Douglas B. Lynn*