| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Lewis S. Kahn<br>Paul S. Balanon<br>KAHN SWICK & FOTI, LLC<br>206 Covington Street<br>Madisonville, Louisiana 70447<br>(504) 455-1400 |

Kim E. Miller
Melissa Ryan Clark
KAHN SWICK & FOTI, LLC
500 Fifth Avenue, Suite 1810
New York, New York 10110
(212) 696-3730

Co-Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VIRGIN MOBILE USA IPO LITIGATION | Civil Action No. 07- 5619 (SDW)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE BY *PRO HAC VICE* COUNSEL** |

　　　　PLEASE TAKE NOTICE that Sarah C. Boone of the law firm of Kahn Swick & Foti, LLC, who has previously been admitted *pro hac vice* on behalf of Lead Plaintiffs, hereby withdraws her appearance on behalf of Lead Plaintiffs.

　　　　　　　　　　　　　　　　　　　　CARELLA, BYRNE, CECCHI,
　　　　　　　　　　　　　　　　　　　　OLSTEIN, BRODY & AGNELLO, P.C
　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Lead Plaintiffs*
　　　　　　　　　　　　　　　　　　　　*and the Class*


　　　　　　　　　　　　　　　　　　　　By:　　/s/ Lindsey H. Taylor　　　　
　　　　　　　　　　　　　　　　　　　　　　　LINDSEY H. TAYLOR

Dated: April 5, 2011

Kim E. Miller
Melissa Ryan Clark
**KAHN SWICK & FOTI, LLC**
500 Fifth Avenue, Suite 1810
New York, NY 10110
(212) 696-3730

Lewis S. Kahn
Paul S. Balanon
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
(504) 455-1400

*Co-Lead Counsel for Lead Plaintiffs
and the Class*